UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TEMPORARY HELP INDUSTRY SERVICE      JUDGMENT
COMPANY,                             01-CV- 8238 (DLI)

                            Plaintiff,

  -against-

STELLAR SOFTWARE LTD., INC., et al.,

                            Defendants.
------------------------------------------------------------------X

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on May 6, 2005, dismissing the case for failure to prosecute; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the case for failure to prosecute.

Dated: Brooklyn, New York
       May 06, 2005

                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court